**Tigran SARGSYAN and Nadia Khudanyan, Petitioners,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 16-71347**

United States Court of Appeals, Ninth Circuit.

Submitted February 13, 2018 *

Filed February 22, 2018

Sassoun Nalbandian, Attorney, Nalbandian Law, A Professional Corporation, Glendale, CA, for Petitioners

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jeffrey Ronald Meyer; Esquire, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Tigran Sargsyan, a native and citizen of Armenia, and Nadia Khudanyan, a native of Iran and citizen of Armenia, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Toufighi v. Mukasey*, 538 F.3d 988, 992 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' untimely motion to reopen, where they failed to demonstrate prima facie eligibility for relief. *See id.* at 996.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.